# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

161576

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ISAAC LAWRENCE BOWLING,
      Defendant-Appellant.

SC: 161576
COA: 352345
Saginaw CC: 16-042448-FH

_____/

On order of the Court, the application for leave to appeal the May 1, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the defendant's sentence and REMAND this case to the Saginaw Circuit Court to conduct a juvenile sentencing hearing to determine if the defendant should be sentenced as an adult or as a juvenile. MCR 6.931(A); MCL 769.1(3). We further ORDER the Saginaw Circuit Court to determine whether the defendant is indigent, and if so, to appoint counsel.

The defendant has demonstrated good cause for failure to raise such grounds previously due to appellate counsel's failure to raise the issue on direct appeal. MCR 6.508(D)(3)(a). The defendant has also demonstrated that his sentence is invalid. MCR 6.508(D)(3)(b)(iv). The circuit court obtained jurisdiction over the defendant, who was sixteen years old at the time of the offenses, under the automatic waiver statute. MCL 600.606. The defendant was not convicted of one of the offenses listed at MCL 769.1(1)(a)-(l). Therefore, the circuit court erred by failing to hold a dispositional hearing as required by MCL 769.1(3). Further, it appears that the prosecutor has conceded that a juvenile sentencing hearing was required.

In all other respects, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



a1216

Clerk